UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KENNETH A BURGESS and <br> SHERRIE BURGESS, <br> <br> vs. <br> <br> KENDRICK S. BURGESS and <br> MIDWEST SCRAP MANAGEMENT | Case No. 05-6138-CV-W-RED |

\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs' Motion for Remand and Memorandum in Support Thereof (Doc. 4) and Voluntary Remand to State Court (Doc. 5) are hereby GRANTED.  This case is hereby REMANDED to the Circuit Court of Buchanan County.  The Plaintiffs' request for leave to file an application for costs and attorney fees incurred as a result of the improper removal is hereby GRANTED.

| | |
|---|---|
| January 12, 2006 | P. L. Brune |
| Date | Clerk |

| | |
|---|---|
| Entered on: January 12, 2006 | Karen Siegert |
| | (By) Deputy Clerk |